JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATORBE AARON ISIBOR,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY CITIZENSHIP AND IMMIGRATION SERVCES,<br><br>Defendant. | CASE NO. SACV 10-1665-JST (VBKx)<br><br>**JUDGMENT** |

1

1     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is
2 entered in favor of Defendant, and Plaintiff takes nothing from his complaint.

4 DATED: <u>July 21, 2011</u>

                                            **<u>JOSEPHINE STATON TUCKER</u>**
                                            JOSEPHINE STATON TUCKER
                                            UNITED STATES DISTRICT JUDGE